| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>(ray.schrock@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007 | CRAVATH, SWAINE & MOORE LLP<br>Paul H. Zumbro (*pro hac vice*)<br>(pzumbro@cravath.com)<br>Kevin J. Orsini (*pro hac vice*)<br>(korsini@cravath.com)<br>Omid H. Nasab (*pro hac vice*)<br>(onasab@cravath.com)<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212 474 1000<br>Fax: 212 474 3700 |
| KELLER & BENVENUTTI LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kellerbenvenutti.com)<br>Jane Kim (#298192)<br>(jkim@kellerbenvenutti.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251 | MUNGER, TOLLES & OLSON LLP<br>Fred A. Rowley, Jr. (#192298)<br>(fred.rowley@mto.com)<br>Mark R. Yohalem (#243596)<br>(mark.yohalem@mto.com)<br>350 South Grand Ave<br>Los Angeles, CA 90071-3426<br>Tel: 213 683 9100 |

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>---<br><br>**PG&E CORPORATION; PACIFIC GAS & ELECTRIC COMPANY,**<br>**Debtors-Appellants,**<br><br>v.<br><br>**OFFICIAL COMMITTEE OF TORT CLAIMANTS, ET AL.**<br>**Creditors-Appellees** | Case No. 20-CV-00787-HSG<br><br>**STIPULATION AND ORDER TO STAY APPEAL PENDING SETTLEMENT** |

Appellants PG&E Corporation and Pacific Gas and Electric Company ("PG&E" or the "Debtors") and Appellees, the Official Committee of Tort Claimants and the Ad Hoc Committee of Subrogation Claimants, (collectively, the "Parties"), respectfully submit this Stipulation To Stay The Appeal Pending Settlement.

WHEREAS, on July 18, 2019, as part of its Chapter 11 proceedings, the Debtors filed a motion to estimate the aggregate value of its wildfire liabilities, including asking the bankruptcy court to decide whether PG&E, as an investor-owned utility, may be held strictly liable under the doctrine of inverse condemnation. *Debtors' Motion for the Establishment of Wildfire Claims Estimation Procedures*, Dkt. No. 3091 (July 18, 2019).[1]

WHEREAS, on December 3, 2019, the bankruptcy court entered an order holding that the Debtors, as a matter of law, are subject to inverse condemnation liability. *Order on Applicability of Inverse Condemnation; Rule 54(b) Certification*, Dkt. No. 4949 at 3 (Dec. 3, 2019) (the "Inverse Condemnation Order").

WHEREAS, on December 19, 2019, the bankruptcy court approved a settlement agreement between the Debtors and the Ad Hoc Group of Subrogation Claim Holders (*Order Authorizing and Approving Of Settlement With Subrogation Claimholders,* Dkt. No. 5173 (Dec. 19, 2019)) and a settlement agreement between the Debtors, the Official Committee of Tort Claimants and attorneys representing at least 70% of the victims of the 2017 North Bay Wildfires and the 2018 Camp Fire (*Order Authorizing The Debtors And TCC To Enter Into Restructuring Support Agreement With The TCC, Consenting Fire Claimant Professionals, And Shareholder Proponents*, Dkt. No. 5174 (Dec. 19, 2019)), resolving PG&E's wildfire liabilities (collectively, the "Settlement Agreements").

WHEREAS, the Settlement Agreements require the Parties to seek a stay of all estimation proceedings.

WHEREAS the Parties sought and were granted a stay of all estimation proceedings before the district court, *Docket Text Order from Judge Donato Staying Estimation Proceedings and*

---

[1] All docket entries cited in this petition refer to *In re PG&E Corp. and Pacific Gas and Electric Co.*, Case No. 19-30088 (DM) (Bankr. N.D. Cal.), unless specified otherwise.

*Vacating All Estimation Hearing Dates and Pre-Hearing Dates*, Case No. 3:19-cv-05257, Dkt. No. 276 (N.D. Cal. Dec. 20, 2019).

WHEREAS, the Debtors petitioned for a direct appeal of the Inverse Condemnation Order to the Ninth Circuit and were granted a stay of the appellate proceedings by the Ninth Circuit pending settlement, *PG&E Corp. and Pacific Gas & Electric Company v. Official Committee of Tort Claimants et. al,* Case No. 20-bk-80017, Dkt. No. 10 (9th Cir. Jan. 31, 2020).

WHEREAS, the Settlement Agreements are subject to a variety of conditions, including the confirmation of the Debtors' Chapter 11 Plan of Reorganization and, under the terms, the Settlement Agreements can be terminated for a number of reasons prior to the approval of a Plan.

WHEREAS the Settlement Agreements, if finalized, will resolve the underlying dispute in this case and render the Debtors' appeal unnecessary.

WHEREAS, the Parties have conferred and agree that, under the terms of the Settlement Agreements and in the interest of judicial economy, all proceedings and deadlines in this action should be stayed pending the finalization of the Settlement Agreements; and

WHEREAS, the Parties certify that a copy of this Stipulation has been served on their respective clients.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, as follows:

1. All proceedings and deadlines in the above-captioned action are hereby stayed pending the finalization of the Settlement Agreements.

2. In the event that either of the Settlement Agreements are terminated, the Parties will submit a status report to the Court.

3. By entering into this stipulation, the Parties do not waive any rights not specifically addressed herein.

**STIPULATED AND AGREED TO BY:**

CRAVATH, SWAINE & MOORE LLP

/s/   Kevin J. Orsini
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

MUNGER, TOLLES & OLSON LLP
Fred A. Rowley, Jr. (#192298)
(fred.rowley@mto.com)
Mark R. Yohalem (#243596)
(mark.yohalem@mto.com)
350 South Grand Ave
Los Angeles, CA 90071-3426
Tel: 213 683 9100

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Counsel for the Debtors and Debtors in Possession*

- 4 -
STIPULATION AND ORDER TO STAY APPEAL PENDING SETTLEMENT
CASE NO. 20-CV-00787-HSG

| | |
|---|---|
| 1 | BAKER & HOSTETLER LLP |
| | */s/ Robert A. Julian* |
| 2 | Robert A. Julian (SBN 88469) |
| | Cecily A. Dumas (SBN 111449) |
| 3 | 1160 Battery Street, Suite 100 |
| | San Francisco, CA 94111 |
| 4 | Telephone: 628.208.6434 |
| | Facsimile: 310.820.8859 |
| 5 | Email: rjulian@bakerlaw.com |
| | Email: cdumas@bakerlaw.com |

*Counsel to the Official Committee of Tort Claimants*

WILLKIE FARR & GALLAGHER LLP

*/s/ Benjamin P. McCallen*
Matthew A. Feldman
mfeldman@willkie.com
Benjamin P. McCallen
bmccallen@willkie.com
Antonio Yanez, Jr.
ayanez@willkie.com
787 Seventh Ave.
New York, NY 10019-6099
Tel: 212/728-8000
Fascimile: 212-728-8111

*Counsel to the Ad Hoc Group of Subrogation Claim Holders*

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)3))

In accordance with Civil Local Rule 5-1(i)(3), I attest the concurrence in the filing of this document has been obtained from the other signatories.

        /s/ *Thomas B. Rupp*
KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

\*   \*   \*

PURSUANT TO STIPULATION, IT IS SO ORDERED. DATED: February 11, 2020

HAYWOOD S. GILLIAM, JR.
United States District Judge